No. 368. THE PEOPLE *v.* PÉREZ ET AL.—Appeal from the District Court of Humacao. Decided October 10, 1911. Judgment affirmed. *Mr. Manuel Tous Soto* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 365. THE PEOPLE *v.* SANTANA.—Appeal from the District Court of Guayama. Decided October 10, 1911. Judgment affirmed. *Mr. Angel A. Vázquez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 374. THE PEOPLE *v.* SERRANO.—Appeal from the District Court of Guayama. Decided October 10, 1911. Judgment affirmed. *Mr. Francisco Cervoni* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 372. THE PEOPLE *v.* STRAZZARA ET AL.—Appeal from the District Court of San Juan. Decided October 10, 1911. Judgment affirmed. *Mr. Pedro González* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 735. HERNÁNDEZ *v.* THE AMERICAN RAILROAD COMPANY OF PORTO RICO.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided October 10, 1911. Motion overruled for the reasons stated in the opinion in case No. 734, *Garcia* v. *The American Railroad Company of Porto Rico,* decided October 10, 1911. *Mr. José Benet* for petitioner. *Messrs. N. B. K. Pettingill* and *Fernando Vázquez* for respondent.